IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MELVIN GREEN,

      Plaintiff,

v.                                                              1:15-cv-3778-WSD

ROGERS-PREMIER UNLOADING
SERVICES, LLC, et al,

      Defendants.

### ORDER

This matter is before the Court on the Parties' Joint Motion to File Settlement Agreement Under Seal [26]. Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to File Settlement Agreement Under Seal [26] is **GRANTED**. The un-redacted Settlement Agreement shall be filed under seal. The parties shall file a copy of the Settlement Agreement on the docket of this case from which they may redact the financial terms of the settlement and the process for payment of settlement amounts.

**SO ORDERED** this 19th day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE