IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MELVIN GREEN,

        **Plaintiff,**

v.

ROGERS-PREMIER UNLOADING
SERVICES, LLC, et al,

        **Defendants.**

1:15-cv-3778-WSD

## ORDER

Before the Court are Plaintiff Melvin Green and Defendants Rogers-Premier Unloading Services, LLC, and U.S. Foods, Inc., Joint Motion for Approval of Settlement Agreement [27].

Having reviewed the settlement agreement, this Court finds that the settlement agreement between the parties is a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Approval of Settlement Agreement [27] is **GRANTED.**

**IT IS FURTHER ORDERED** that parties' settlement agreement is **APPROVED** and this action is dismissed **WITH PREJUDICE** except that the Court expressly retains jurisdiction to enforce the settlement which has been

approved by the Court.  See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 114 S. Ct. 1673 (1994).  Each party shall bear its or his own costs and expenses.

**SO ORDERED** this 20th day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE